**FILED**
March 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Joseph Hinojos_____
DEPUTY

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas
### Pecos Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  **PE: 26-MJ-93** |
| Sergio Salmon | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  03/18/2026 _____ in the county of ___Presidio___ in the WESTERN DISTRICT OF TEXAS _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Defendant,<br>8 USC 1324(a)(1)(A)(ii) | Knowing and in reckless disregard of the fact that an alien, has come to, entered, or remained in the United States in violation of law, did transport and move or attempt to transport and move such alien within the United States in furtherance of such violation of law. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

> **Complaint sworn to before me and signed on this date. FED.R.CRIM.P. 4.1(b)(2)(A).**

_____
*Complainant's signature*

**Eric Valenzuela Border Patrol Agent**
_____
*Printed name and title*

Date:  03/20/2026 _____

_____
*Judge's signature*

**Honorable Judge David B. Fannin**
_____
United States Magistrate Judge

City and state:  **Alpine, Texas** _____

## AFFIDAVIT

On March 18, 2026, Border Patrol Agents assigned to the Highway 67 immigration checkpoint, located approximately four miles south of Marfa, Texas. Agents observed a black Chevrolet Tahoe, bearing New Mexico license plate SFD-183, entering the checkpoint for an immigration inspection. When the vehicle came to a complete stop, Agents identified themselves as United States Border Patrol Agent and conducted an immigration inspection. The driver, later identified as Sergio Salmon, presented a New Mexico driver's license, and the passenger, Matt Wit #1, presented a New Mexico Identification Card.

Sergio Salmon exhibited nervous and erratic behavior. The passenger stared forward, refused to make eye contact, remained motionless, and did not speak, which is a common characteristic observed in individuals being smuggled. The vehicle's windows were fully tinted, and the interior appeared heavily altered. Based on these observations and behaviors, Agents referred the vehicle to secondary inspection.

During the secondary inspection, agents conducted record checks on both individuals. A discrepancy was found with the New Mexico Identification Card provided by Matt Wit #1, as the photograph did not match his appearance. After further investigation, Matt Wit #1 admitted to being a citizen of Mexico without legal documents to enter, pass through, or remain in the United States.

A post-Miranda interview was conducted at the Marfa Immigration Checkpoint. Matt Wit #1 identified Sergio Salmon as the driver who provided him the New Mexico Identification Card to use to smuggle him through the checkpoint.

A consensual search of Matt Wit #1's cell phone revealed a picture of the same New Mexico Identification Card in his photo gallery. Matt Wit #1 confessed that the picture was sent via WhatsApp by a facilitator from Mexico and that he was instructed to memorize the information. Matt Wit #1 also confessed that when Sergio Salmon gave him the New Mexico Identification Card, he instructed him to memorize the information on the card in case he was questioned by law enforcement.

Matt Wit #1 was presented with a standard six-photo lineup and positively identified Sergio Salmon as the driver of the smuggling vehicle. Matt Wit #1 also identified Sergio Salmon as the person who provided him with the impostor New Mexico Identification Card.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

Eric I. Valenzuela
Border Patrol Agent

David B. Fanin
United States Magistrate Judge